1  MATTHEW ABBASI, ESQ.; SBN 215030
   **ABBASI LAW CORPORATION**
2  8889 WEST OLYMPIC BLVD, SUITE 240
   BEVERLY HILLS, CALIFORNIA 90211
3  TEL:(310) 358-9341
   FAX: (888) 709-5448
4  EMAIL: matthew@malawgroup.com

5  ATTORNEYS FOR DEBTOR,
   24201 HIGHLANDER ROAD, LLC
6

**FILED & ENTERED**

**APR 05 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY gasparia  DEPUTY CLERK**

7
8            UNITED STATES BANKRUPTCY COURT  CHANGES MADE BY COURT

9            **CENTRAL DISTRICT OF CALIFORNIA**

10           **SAN FERNANDO VALLEY DIVISION**

11  In re:                                    **Case No.: 1:16-bk-12689-MB**
12
                                              **Chapter 11 Proceeding**
13
14                                            **ORDER CONFIRMING DEBTOR'S CHAPTER 11**
                                              **PLAN OF REORGANIZATION**
15  24201 HIGHLANDER ROAD, LLC
16
17                   Debtor.
18
19
20
        On **March 26, 2019 at 1:30 p.m.** a hearing (the "Confirmation Hearing") was held ~~on~~ before
21
    the Honorable Martin Barash, United States Bankruptcy Judge for the Central District of California, in
22
    Courtroom 303 located at 21041 Burbank Blvd., Woodland Hills, California 91367, to consider
23
    confirmation of the Debtor's Third-Amended Chapter 11 Plan of Reorganization [Docket 170] (the
24
    "Plan") proposed by 24201 HIGHLANDER ROAD, LLC, the Chapter 11 debtor and debtor in
25
    possession herein (the "Debtor"). Matthew Abbasi, Esq. appeared for the Debtor. There was no other
26
    appearance on the record.
27

28
                                              1

                ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION

1

2        This Court, having read and considered the Third-Amended Plan, the Debtor's Memorandum

3   of Points and Authorities in Support of Confirmation of Debtor's Chapter 11 Plan of Reorganization

4   and, the lack of any Objection, and the ballot analysis and summary filed by the Debtor, the entire

5   record in this case, the statements and representation of counsel at the Confirmation Hearing, and

6   good cause appearing therefor,

7       **IT IS HEREBY ORDERED AS FOLLOWS:**

8       1.    The Plan shall be, and hereby is, confirmed;

9       2.    The provisions of the Plan and this Order are binding on the Debtor, the Debtor's

10  Estate, any entity acquiring property under the Plan, all of the Debtor's un-secured creditors, all of

11  the Debtor's secured creditors, all of the Debtor's equity security holders, and/or any other claim

12  and/or any other interested parties as listed and treated in the Plan;

13      3.    This Court shall and it hereby does retain jurisdiction over this case <u>to the extent</u>

14  <u>provided by law.</u> ~~in the manner described in the Bankruptcy Code~~;

15      4.    <u>Within ten days of the effective date of the Plan, the Debtor shall file and serve a</u>

16  <u>Notice of Effective Date on all creditors entitled to receive distributions under the Plan and on all</u>

17  <u>parties in interest (if any) enjoined under any provisions of the Plan;  and</u>

18

19      5.    A Post-Confirmation Status Conference shall be held on **<u>August 14, 2019 at 1:30</u>**

20  **<u>p.m</u>**.   <u>Debtor shall file a post-confirmation status report no later than July 31, 2019.</u>

21      **IT IS SO ORDERED.**

22

23

Date: April 5, 2019

24  Martin R Barash
United States Bankruptcy Judge

**ORDER CONFIRMING DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION**